IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 4:20-CR-027 |
| v. | ) **UNDER SEAL** |
| | ) |
| GHALEB ALAUMARY | ) |

## ORDER

Based upon the application of the Government and for good cause shown therein, it is hereby ORDERED:

That the above-styled Information, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings, but that such Information shall not be placed upon the Court's docket in a manner in which it is available to the public.

So ORDERED, this 27th day of March, 2020.

_____
CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA