FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 MAR 25 PM 2:08
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) 18 U.S.C. § 1956(h) |
| | ) Conspiracy to Commit Money |
| GHALEB ALAUMARY | ) Laundering |

PENALTY CERTIFICATION   CR420-0027

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offense charged in the Information are as follows:

Count 1:    Conspiracy to Commit Money Laundering
            18 U.S.C. § 1956(h)

- Not more than 20 years of imprisonment
- Not more than a $500,000 fine or twice the value of the property involved in the transaction, whichever is greater
- Not more than 3 years of supervised release
- $100 special assessment

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Chris Howard
Chris Howard
Assistant United States Attorney