**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 4:20cr27 | **DATE:** 04/15/2020 |
| **UNITED STATES OF AMERICA** | **TIME:** 10:05 - 10:25 AM |
| v. | **LOCATION:** Savannah |
| **GHALEB ALAUMARY** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR-SAV | **Interpreter/Law Clerk:** |
| **Probation Officer:** Arron Miller | **Security:** CSO Donald |
| **Attorney(s) for Government:** Christopher Howard | |
| **Attorney(s) for Defendant:** Steven Berne/Steven Frey | |

**PROCEEDINGS:** **INITIAL APPEARANCE/ARRAIGNMENT**

- [✓] Defendant advised of rights
- [✓] Defendant advised of charges and penalties
- [ ] Defendant qualifies for court appointed counsel
- [✓] Not guilty plea entered
- [ ] Defendant's pretrial motions due within _____ days; Government response due 14 days thereafter.
- [✓] Government moves for detention:
    - [ ] Defendant requests 5 days to prepare for detention hearing
    - [ ] Government requests 3 days to prepare for detention hearing
    - [ ] Defendant waives detention hearing at this time
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held.
- [ ] Defendant released on an Appearance Bond
- [ ] Defendant released with supervision
- [ ] Defendant detained pending a detention hearing
- [✓] Defendant detained pending trial
- [✓] Defendant remanded to the custody of the US Marshal

**ADDITIONAL COMMENTS:**

This hearing was held via VTC with the consent of the defendant. A Notice of Plea Agreement was filed in this case and the Rule 11 hearing is set for April 21, 2020. Defendant has until Friday to file any additional motions.

A detention order was entered in 4:19cr67 USA v. Ghaleb Alaumary following a detention hearing held in the Northern District of Georgia and is filed in that case at (doc. 18) Rule 5(c)(3) documents and begins at page 15. The Court adopts this detention order.