# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. CR 4:20-CR-027 |
| v. | ) |
| | ) |
| GHALEB ALAUMARY | ) |

## MOTION TO PERMIT LIMITED DISCLOSURE

This case remains under seal and is expected to be scheduled for a Rule 11 hearing on Tuesday, April 21, 2020.  To comply with the crime victims' rights in 18 U.S.C. § 3771, the United States requests that it be permitted to disclose to victims of the offense the nature of the charges and date of the Rule 11 hearing.  The disclosure would not include facts concerning why the case remains under seal, disclose any sealed filings, or otherwise disclose non-public information.  Rather, the victim notification would include a description of the charge and notification of the Rule 11 hearing, along with advisements of the statutory rights afforded to victims.

      Respectfully submitted,

      BOBBY L. CHRISTINE
      UNITED STATES ATTORNEY

      */s/ Chris Howard*
      Assistant United States Attorney
      N.Y. Bar Number 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

## **CERTIFICATE OF SERVICE**

This is to certify that I have served on counsel for Defendant a copy of the Motion to Permit Limited Disclosure and Proposed Order.

This 15th day of April 2020.

*/s/ Chris Howard*

---

Chris Howard
Assistant United States Attorney
New York Bar Number 4935938

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422