IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 4:20-CR-027 |
| v. | ) |
| | ) |
| GHALEB ALAUMARY | ) |

## ORDER

Pending before the Court is the United States' Motion to Permit Limited Disclosure, wherein the United States requests permission to notify victims of the nature of the charges pending in this sealed case and the date of the Rule 11 hearing.

Having considered the Motion, and for good cause therein, the United States' Motion is **GRANTED**. The United States may notify victims in this case in accordance with 18 U.S.C. § 3771. Such notice may include providing victims with the nature of the charged offense and details concerning the date and time of the Rule 11 hearing.[1] This case shall otherwise remain sealed, however, until further order of the Court.

So ORDERED this ___16th___ day of April, 2020.

_____
HON. CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant reserves his right at the time of sentencing to contest whether all of the individuals and entities to whom notice is given are "victims" of the offense of conviction.