# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **4:20-cr-27**　　　　　　**\*\*VTC Hearing\*\***

United States of America

vs.　　　　　　　　　　　　　　　　　　　　　　**Christopher Howard**

　　　　　　　　　　　　　　　　　　　　　　　　U. S. Attorney

**Ghaleb Alaumary (2:00 - 5:30)**　　　　　　**Steven Berne & Steven Frey, retained**

Defendant/Age　　　　　　　　　　　　　　　Attorney for Defendant

- [✓] Plea agreement **(Received).**　　[✓] Defendant Sworn　　[ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____ .
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Count One** of the information.
- [✓] Factual basis **Established. Oral. Plea Accepted** Witness for factual basis **Proffer by Government** .
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **August 27, 2020** at **10:30 am** .
- [ ] Bond Continued ___ Bond modified to _____ .
  Bond set at **$10,000,000 secured**　**Surety** and **Real Property**
- [ ] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

Honorable **R. Stan Baker, U. S. District Judge**　　　　Date **04-21-2020**

Court Reporter **Kelly McKee**　　　　Probation Officer **S. Riggs and A. Miller**

Courtroom Deputy Clerk **Pam Hammock**　　　　U.S. Marshal **G. Fitzgerald**