# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CHANGE OF PLEA IN  US V. GHALEB ALAUMARY

CRIMINAL NO. 4:20-CR-27  AT SAVANNAH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT GHALEB ALAUMARY, HAVING PREVIOUSLY ENTERED A PLEA OF NOT GUILTY, HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF GUILTY TO COUNT ONE IN THE INFORMATION.

THIS 21st DAY OF April, 2020.

NOLLE PROSSE AS TO COUNT(S) _____

/s/ Ghaleb Alaumary
GHALEB ALAUMARY  DEFENDANT

_____
COUNSEL FOR DEFENDANT
STEVEN BERNE