UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NOS: 4:19-CR-67 |
| | ) | 4:20-CR-27 |
| **GHALEB ALAUMARY** | ) | |

## UNITED STATES' MOTION TO UNSEAL

The United States moves to unseal the above-captioned cases proceeding against Defendant Ghaleb Alaumary. Defendant has been apprehended by law enforcement and has appeared in court. Further, the reasons justifying keeping the cases under seal no longer remain. Accordingly, the United States moves to unseal the cases, including the charging and plea documents. The United States requests that, other than the charging and plea documents, those documents that have otherwise been ordered sealed by the Court so remain until further order of the Court.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Chris Howard*

Chris Howard
Assistant United States Attorney
N.Y. Bar Number 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2594
Facsimile: (912) 652-4388

## CERTIFICATE OF SERVICE

This is to certify that I have served all the parties in this case via email prior to the filing on this date.

Submitted this 12th day of May, 2020.

                BOBBY L. CHRISTINE
                UNITED STATES ATTORNEY

                /s/ Chris Howard
                Chris Howard
                Assistant United States Attorney
                N.Y. Bar Number 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2594
Facsimile: (912) 652-4388