IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-27 |
| GHALEB ALAUMARY, | |
| Defendant. | |

**O R D E R**

This matter is before the Court upon the Defendant's Motion to Approve Property Bond or Request for hearing. (Doc. 22.) In this Motion, Defendant essentially asks that the Court excuse Defendant from compliance with the Court's standard requirements for the posting of real property to secure his appearance bond. The Court appreciates the uniqueness of the property that Defendant is seeking to post and the efforts that counsel has made to provide security for Defendant's bond. However, particularly given the numerous concerns raised in the Government's response, (doc. 33), the Court is not willing to deviate from its standard practices for the posting of property bond in the manner Defendant requests. Under Defendant's current proposal, the Court remains concerned that it would not be able to make any claim to the property in question if Defendant failed to appear or otherwise violated his conditions of presentence release. Thus, the Court **DENIES** Defendant's Motion without prejudice.

The Court remains willing to consider any additional security that Defendant may offer to secure his bond.  This could include the posting of any other real or personal property or cash, even in a value less than that typically required by the Court.

**SO ORDERED**, this 13th day of May, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA