IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| V | * | CRIMINAL ACTION NUMBER |
| | * | 4:20-cr-00027-RSB-CLR |
| **GHALEB ALAMAURY,** | * | |
| | * | |
| **Defendant.** | * | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE PRETRIAL SENTENCE REPORT

COMES NOW GHALEB ALAMAURY, by and through undersigned counsel, and hereby files this motion for extension of time to file a response to the pre-trial sentence report as follows:

Due to the coronavirus pandemic and distance from counsel to Defendant, counsel for Defendant has been unable to visit Defendant to conduct an in-person review of the pre-trial sentencing report with him. As a result, Defendant will be unable to review said report with counsel and file objections within the current deadline.

The Assistant United States Attorney and probation officer do not oppose this request.

For the above-mentioned reasons, Defendant is requesting a 7-day continuance of the deadline for responding to the pre-trial sentence report.

Respectfully submitted,

s/*Steven Berne*_____
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335

---

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsel of record in this case a copy of the foregoing document via the Electronic Case Filing system of the United States District Court for the Southern District of Georgia or via email.

This ___28____ day of __July_____, 2020.

Respectfully submitted,

s/*Steven Berne*_____
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335
atlantalaw@bellsouth.net