# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-27 |
| GHALEB ALAUMARY, | |
| Defendant. | |

## O R D E R

Pending before the Court is the United States' Motion to Seal, wherein the United States requests that the Court place under seal the parties' Joint Motion to Continue Sentencing. (Doc. 44) Having considered the Motion, and for good cause therein, the United States' Motion is **GRANTED**, and the parties' Joint Motion to Continue Sentencing shall be placed under seal.

**SO ORDERED**, this 18th day of August, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA