IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 4:20-CR-027 |
| v. | ) |
| | ) |
| GHALEB ALAUMARY | ) |

ORDER

Pending before the Court is the United States' Motion to Seal, wherein the United States requests that the Court place under seal the parties' Joint Motion to Continue Sentencing. Having considered the Motion, and for good cause therein, the United States' Motion is **GRANTED**, and the parties' Joint Motion to Continue Sentencing shall be placed under seal.

So ORDERED this _____ day of November, 2020.

_____
HON. R. STAN BAKER
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA