# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

GHALEB ALAUMARY,

Defendant.

CASE NO.: 4:20-cr-27

## O R D E R

This matter is before the Court on the Government's Unopposed Motion to Seal, (doc. 53), and the parties' Joint Motion to Continue Sentencing, (doc. 54). The Court has considered the Government's Motion to Seal and reviewed the parties' Joint Motion and has concluded that sealing is appropriate due to the sensitive nature of the information contained therein. Thus, the Court **GRANTS** the Government's Motion to Seal. Additionally, after careful consideration and for good cause shown, the Court **GRANTS** the parties' Joint Motion to Continue Sentencing.

THEREFORE, IT IS HEREBY ORDERED that the parties' Joint Motion to Continue Sentencing shall be filed under seal pursuant to Local Rule 79.7(d)(3) with access limited to the parties and the Court until further Order.

IT IS FURTHER ORDERED that the sentencing in this case is continued to a date at least sixty (60) days from the date of this Order.

**SO ORDERED**, this 25th day of November, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA