# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-27 |
| GHALEB ALAUMARY, | |
| Defendant. | |

## O R D E R

This matter is before the Court on the Government's Unopposed Motion to Continue Sentencing, (sealed doc. 58). After careful consideration and for good cause shown, the Court **GRANTS** the Government's Motion.

THEREFORE, IT IS HEREBY ORDERED that the sentencing in this case is continued to June 8, 2021. Counsel shall file any sentencing memorandums, victim impact statements, letters, and similar sentencing materials on or before June 2, 2021. It is further ORDERED that all sentencing materials including memorandums, motions, and other documents may be filed on the record in a restricted manner in which only counsel for the Defendant, the United States, and the Court have access to the materials.

**SO ORDERED**, this 11th day of January, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA