UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO:   4:20-CR-027 |
| | ) | 4:20-CR-141 |
| GHALEB ALAUMARY | ) | |

## UNITED STATES' MOTION TO SEAL

The United States requests that the Court place under seal its Motion to Continue Sentencing. For the reasons explained in the United States' Motion to Continue Sentencing, which the United States has provided to the Court contemporaneously with the instant Motion, the United States believes that good cause justifies sealing the Motion to Continue.

Respectfully submitted,

DAVID H. ESTES
ACTING U.S. ATTORNEY

*/s/ Chris Howard*

Chris Howard
Assistant United States Attorney
N.Y. Bar Number 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2594
Facsimile: (912) 652-4388

1