| | | |
|---|---|---|
| **SENTENCING MINUTES** | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF GEORGIA**<br>**SAVANNAH DIVISION** | **JUDGE:** R. STAN BAKER<br>**DATE:** 09-08-2021 |

**CRIMINAL CASE NO. CR 4:20-cr-27, 4:20-cr-141**
**UNITED STATES OF AMERICA VS. Ghaleb Alaumary**

| | |
|---|---|
| COURTROOM DEPUTY  Pam Hammock | COURT REPORTER  Kelly McKee |

**ATTORNEY(S) FOR THE GOVERNMENT:**
 Christopher Howard, AUSA

**ATTORNEY(S) FOR THE DEFENDANT:**
 Steven Frey, retained; and Steven Berne, retained

U.S. PROBATION OFFICER:
Sarah Railling for Scot Riggs

DEFENDANT SENTENCED ON COUNT(S)
One (1) of the Information (4:20cr27 & 4:20cr141)

[X] Presentence Report Reviewed In Full
[ ] Objections to Factual Basis
[ ] Objections To Guidelines Calculations
[ ] Probation Officer Testifies
[ ] Changes Ordered in Factual Basis/Calculations
[X] No Changes Ordered
[X] Findings Of The Court
[ ] Factual Witnesses Testify
[X] Statements Of Counsel
[X] Statements By Defendant
[X] Sentence Pronounced

Custody  140  Months B.O.P.
Probation  _____
Supervised Release  3  Years
Special Conditions  as Ordered by the Court
Fine $  none
Restitution $  30,703,946.56 (*payment schedule)
Special Assessment $  200.00
To Be Paid  immediately
Community Service  _____
Facility Recommended  - drug treatment, close to NY or NJ
Defendant Remanded To The USM  - Y
Voluntary Surrender  _____
To USM [X]    To Facility [ ]

**OTHER DIRECTIVES OF THE COURT**

[ ] Attach Statement of Reasons to the Judgment
[ ] Transcribe Statement of Reasons
[X] Appeal Rights of Defendant Explained
[ ] Appellate Disclosure Forms Provided
[X] Notice of Counsel's Post-Conviction Obligations Provided

Nolle Prosse Count(s)  - 1 of Indictment, 4:19-cr-67
Plea Agreement Accepted and Ratified  - Y
Departure From Guidelines  - Y
Upward  _____    Downward  - Y
Time  3:30  to  4:50  Total  1:20

U.S. Deputy Marshal  Scripture
Court Security Officer  Cooper