UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DIST[RICT] COURT
SAV[ANNAH] DIV.

2022 AUG 1[ ] A 10: 21

UNITED STATES OF AMERICA

V.

Case no. 20-CR-00027
MOTION FOR REDUCTION
IN SENTENCE UNDER THE
PROVISION OF TITLE 18 U.S.C.
3582 (C)(1)(A)(i)

GHALEB ALAUMARY

Now comes GHALEB ALAUMARY, by pro-se motion and affidavit in support of the motion requesting a sentence reduction and/or a modification of this defendant's term of imposed imprisonment under the Title and Provision of 18 U.S.C. 3582 (C)(1)(A)(i) defendant's extraordinary and compelling reasons have been set forth in the attached affidavit in support of the motion for reduction of sentence and the petitioner stongly believes it would be in the interest of justice, and the presentation of equal treatment towards all parties involved that this motion be granted in its entirety.

DATE: 08/07/2022

Respectfully submitted
by: _____
GHALEB ALAUMARY/72802-019
FCI FORT DIX
P.O. BOX 2000
JOINT BASE MDL
NJ 08640