TRULINCS 72802019 - ALAUMARY, GHALEB - Unit: FTD-V-A

---

FROM: Alaumary, Bahjat
TO: 72802019
SUBJECT: Habeas Corpus and Section 2255 Proceedings
DATE: 07/31/2022 11:51:09 AM

Second: Regarding actual losses by the Pakistani Bank and links to proofs
The Bankislami has confirmed that his total loss amounted to US$19,500 and not 6.5M$ as was reported by the news agencies. The attached copies of an official BankIslami letters confirm that. ( 2 attachments)


https://www.zdnet.com/article/pakistani-bank-denies-losing-6-million-in-countrys-biggest-cyber-attack/

https://www.scribd.com/document/391889989/Bank-Islami-Statement

https://twitter.com/BankIslamiHR/status/1056648252421013508
BankIslami
BankIslami Pakistan Limited 11th Floor, Executive Tower, Dolmen City, Marine Drive, Block-4, Clifton, Karachi.
Tel: (92-21) 1 1 1-247(BIP)- I I I
Fox: 35378373
www.bankislami.com.pi<
October 28, 2018

The General Manager
Pakistan Stock Exchange Limited Stock Exchange Building
Stock Exchange Road Karachi

Dear Sir,

Our Ref: 100.2.311        MSH:SKS

Subject: Material Information: Cyber Attack on Debit Cards

In accordance with Section 96 of the Securities Act, 2015 and Clause 5.6.I(a) of PSX Regulations, we hereby convey the following information:

This is to inform that on the morning of October 27, 2018 certain abnormal transactions valuing Rs.2_6 million were detected by the Bank on one of its international payment card scheme. The Bank immediately took precautionary steps which, interalia, included shutting its international payment scheme. All monies withdrawn from the accounts i.e. Rs.2.6 million have been credited in the respective accounts of valued customers.

Subsequently, after the Bank was cut off from the international payment scheme, the Bank was advised by international payment scheme that some transactions were made on international ATM's allegedly using Bank's issued cards. However, no details have so far been shared with the Bank as to how such transactions were processed and validated when such transactions never landed on Bank's system. These transactions, of approximately USO 6 million as claimed by international payment scheme, are not acknowledged by the Bank as the Bank was actually logged off from the international payment scheme at that time.

The Bank is of the view that it was a co-ordinated cyber attack in which the payment network of the international payment scheme as well as that of the acquiring banks were possibly compromised. We have initiated consultations with information security experts. The State Bank of Pakistan has been advised accordingly.

Please be advised that all domestic ATM cash withdrawal transactions using Bank's Biometric service have been restored on the same day. However, as a precautionary measure, all transactions routing through international payment scheme will be shortly restored once the Bank is confident that all risks of unauthorized transactions have been mitigated.

Alhamdulillah, there is absolutely no threat as to continuing operations of the Bank. Any further details as and when they

TRULINCS 72802019 - ALAUMARY, GHALEB - Unit: FTD-V-A

---

FROM: Alaumary, Bahjat
TO: 72802019
SUBJECT: Habeas Corpus and Section 2255 Proceedings
DATE: 07/31/2022 11:51:09 AM

First: Regarding zero losses declared by the Bank of Valletta and links:   >
Press release
Bank of Valletta fully recovered ALL the 13M euros hack confirmed that 10M euros of the approximate 13M euros fraud were reversed before even leaving the bank and the balance of approx. 2.9M euros were located in a Hong Kong Bank and were also recovered by the Bank  read this link: http://www.independent.com.mt/articles/2019-05-09/local-news/Remaining-2-9-million-stolen-in-BOV-cyber-attack-found-in-Hong-Kong-6736207900
And:
https://www.pressreader.com/malta/malta-independent/20190510/281496457724022

Remaining  2.9 million stolen in BOV cyber attack found in Hong Kong
Albert GaleaThursday, 9 May 2019, 18:17Last update: about 4 years ago
Legal proceedings underway to recover money/Bank of Valletta declares  71.2 million profit for 2018 financial year
The remaining  2.9 million which was stolen in a cyber attack on Bank of Valletta last February has been found in Hong Kong, and the bank's lawyers are opening legal proceedings in that country to recover the money, Bank of Valletta chairman Taddeo Scerri said at the bank's annual general meeting.
Around  13 million was stolen from BOV last February after a cyber attack hit the bank, forcing it to shut down its entire grid. The bank came back online the following day, and since then  10 million of that which was stolen has been recovered.
While the cyber attack was not brought up during the speeches of Scerri and of CEO Mario Mallia, questioned by bank shareholders, Scerri revealed that the remaining  2.9 million which had been stolen has been located and every effort was being made to recover it.
Scerri told shareholders that had it not been for the immediate response of BOV staff to decide to immediately cease all overseas transactions, the attackers would have stolen much more than  13 million.
He said that the bank has brought in global experts to help strengthen the bank's IT and security infrastructure while an IT Overview Committee was also set up to oversee this process.  Scerri assured that the bank is today in a position where it can meet and beat back similar attacks.
In his speech, Mallia spoke of how the bank was going to have a more restricted risk appetite in the coming year, and said that it would be closing trusts and custody while also ending their relationship with thousands of customers which are over the said risk appetite.  He said that the bank would no longer be considering clients with no connection to Malta.
The bank declared a profit of  71.2 million after taking into account its litigation provision.  The total profit prior to the litigation provision being taken into consideration was that of  146.2 million, which was equivalent to a 9.9% return on equity significantly higher than the 7.3% average registered by banks in the Eurozone.
Client deposits rose by  314 million, equivalent to 3.1%, to a total of  10.4 billion while the bank's assets rose by  326 million, meaning that these assets now stand at  12 billion. The bank's total equity currently stands at  994 million.
Mallia described the year as one of growth despite a number of challenges which were faced.
"We experienced a sustained request for lending, especially in the mortgages sector with a number of business areas, including investment services, credit cards and payments registering substantial growth," he said.
"Priority will continue to be given to the conservation and strengthening of the Group's Capital," Scerri meanwhile said. 'The Bank will emphasise on long-term sustainability and stability   hence the Board of Director's decision not to pay a cash dividend this year.. Nonetheless shareholders will benefit from a bonus share issue of 1 new share for every 10 shares held for a total value exceeding  53 million at current market price', he said.
Shareholders voted in favour of the release of these bonus shares, which means that the bank's capital will go up from  530 million to  583 million.
No election of Directors was held during the Annual General Meeting, meaning that the Bank's board of directors is composed of Taddeo Scerri as Chairman, Stephen Agius, Paul V. Azzopardi, Miguel Borg, James Grech, Alfred Lupi, Mario Mallia, Anita Mangion, Antonio Piras, and Joseph M. Zrinzo.

| Conduct of United States of America | | | Foreign Conduct | | |
|---|---|---|---|---|---|
| Victim's name | Actual loss | Intended loss | Victim's name | Actual loss | Intended loss |
| Victim A | $0.00 | $216,000.00 | McEwen University Canada | $1,021,570.12 | $11,822,000.00 |
| Victim B | $0.00 | $900,000.00 | BankIslami Pakistan Limited | $19,500.00 | $6,122,173.08 |
| Mandavee Enterprise LLC | $13,966.00 | $522,747.66 | Indian Bank Cosmo | $16,307,642.20 | $16,307,642.20 |
| Implus Footcare LLC | $59,000.00 | $1,170,175.21 | Bank of Valletta | $0.00 | $14,700,000.00 |
| Law Firm | $922,857.76 | $922,857.76 | English Premier League Club | $0.00 | $7,740,000.00 |
| Total | $995,823.76 | $3,715,780.63 | Total | $17,348,712.32 | $56,691,815.36 |

EXHIBIT 3

McEwen
- $1.9M — TD
- $22K — Canada
- $9.9M

- China $1.5M
- Dubai $469K
- Hong Kong $3.4M
- China $3.8M

Bank Islami Pakistan —— ATM Withdraws —— $19,500 Pakistan

India Bank Cosmo —— ATM Withdraws —— $16M China, India, Russia, Canada, Europe, Indonesia

Bank of Valletta
- $500K — Bulgaria Romania
- $500K — London
- $1.3M — London
- $2.9M — Hong Kong

London Premier Soccer & Company
- Mexico
- Mexico

Faild Attempt in the PSI it stated that the victims didn't respond to the goverment. so proscuter invented the Dollar Figure.

EXHIBIT 4

TRULINCS 72802019 - ALAUMARY, GHALEB - Unit: FTD-V-A

----------------------------------------------------------------------------------------------------

FROM: Alaumary, Bahjat
TO: 72802019
SUBJECT: US dept of justice press release
DATE: 06/18/2022 08:51:04 AM

U.S. Attorneys » Southern District of Georgia » News
SHARE
Department of Justice
U.S. Attorney's Office
Southern District of Georgia
FOR IMMEDIATE RELEASE
Tuesday, February 2, 2021
Georgia man sentenced after admitting fraud in attempt to sell 50 million non-existent N-95 face masks to foreign government
U.S. Secret Service lauded for stopping $317 million scheme
SAVANNAH, GA:  A Georgia man has been sentenced after admitting he attempted to sell 50 million non-existent facemasks to a foreign government.

Paul Penn, 64, of Johns Creek, Ga., was sentenced to five months and 29 days of home confinement by U.S. District Court Judge R. Stan Baker after pleading guilty to Conspiracy to Commit Wire Fraud, said Bobby L. Christine, U.S. Attorney for the Southern District of Georgia. Judge Baker also fined Penn $1,500 and ordered him to serve three years of probation.

"If not for the vigilance of the U.S. Secret Service, Paul Penn and his co-conspirators likely would have lit the fuse on an international scandal by ripping off a friendly foreign government for more than $300 million," said U.S. Attorney Christine. "Instead, they halted the scheme before the criminals got a dime, and prevented these crooks from profiting from pandemic fear."

As described in court documents and testimony, Penn, through his company, Spectrum Global Holdings, LLC, agreed with unnamed co-conspirators to act as a middleman in the attempted sale of 50 million 3M Model 1860 Respirator Masks that he and his co-conspirators did not actually possess. Under the deal, Penn was to broker the sale in exchange for a cut of the $317 million sales price, which was more than 500 percent higher than the previous normal market value for N-95 masks.

Based on representations from Penn and others, the buyer, a foreign government, wired the funds to complete the purchase, which was disrupted by the U.S. Secret Service just before the transaction could be completed. All of the funds were returned to the foreign government.

"This case should serve as a strong deterrent to those considering exploiting the COVID-19 pandemic to enrich themselves through fraud. The nation's citizens, businesses and our international partners are counting on the U.S. Secret Service and its federal law enforcement and private sector partners to safeguard it and maintain the public trust," said Glen M. Kessler, Resident Agent in Charge of the Secret Service Savannah Office. "Tackling the threat of cyber-enabled COVID-19 scams requires an immediate response to safeguard our nation during these unprecedented times."

Please report COVID-19 fraud, hoarding or price-gouging to the National Center for Disaster Fraud's National Hotline at (866) 720-5721, or go to justice.gov/disastercomplaintform.

U.S. Attorney Christine acclaimed the hard work of the investigatory team, led by the U.S. Secret Service, for disrupting the scheme.

The case was prosecuted for the United States by the U.S. Attorney's Office for the Southern District of Georgia.

Topic(s):
Coronavirus
Financial Fraud
Component(s):
USAO - Georgia, Southern
Contact:
Barry L. Paschal, Public Affairs Officer: 912-652-4422
Press Release Number:
12-21

TRULINCS 72802019 - ALAUMARY, GHALEB - Unit: FTD-V-A

---

FROM: Alaumary, Bahjat
TO: 72802019
SUBJECT: DOJ US ATTORNEY SDGA RELEASE
DATE: 06/24/2022 07:06:02 AM

U.S. Attorneys » Southern District of Georgia » News
SHARE
Department of Justice
U.S. Attorney's Office
Southern District of Georgia
FOR IMMEDIATE RELEASE
Wednesday, August 25, 2021
Savannah woman sentenced for assisting in scheme that stole millions of dollars from victims' retirement accounts
Incremental bank withdrawals intended to evade reporting requirements
SAVANNAH, GA: A Savannah woman has been sentenced after admitting she "structured" cash withdrawals, which were part of a scheme to steal millions of dollars from other people's retirement accounts.

Karen Dickerson, 52, of Savannah, was sentenced in U.S. District court to 51 months in federal prison after pleading guilty to Structuring to Evade Currency Transaction Reports, said David H. Estes, acting U.S. Attorney for the Southern District of Georgia. Dickerson also forfeited ownership of five bank accounts with deposits totaling $195,815.73, was ordered to pay $644,915.15 in restitution, and must serve three years of supervised release after completion of her prison sentence.

There is no parole in the federal system.

"Karen Dickerson's decades-long criminal record makes it abundantly clear that she is an unrepentant thief with zero regard for her victims," said David H. Estes, Acting U.S. Attorney for the Southern District of Georgia. "She sank to a new low with these crimes, and hopefully this sentence will give her ample time to reflect on her behavior while protecting the community from her greed."

As described in court documents and testimony, other individuals gained access to victims' retirement funds and transferred nearly $3 million into various bank accounts, including one Dickerson controlled. From at least June 2018 to November 2018, Dickerson knew she was helping launder ill-gotten proceeds when she made 22 withdrawals totaling $213,745 from her bank accounts. Most of the withdrawals were in amounts less than $10,000 to evade currency transaction reports. After Dickerson handed over a predetermined amount of cash, she kept the remaining amount of transferred funds as payment.

"People work hard and save for retirement to enjoy later on in life," said Special Agent in charge Steven Baisel, U.S. Secret Service Atlanta Field Office. "Criminals like Karen Dickerson, who help those who prey on these victims, will be caught and brought to justice."

The case remains under investigation.

The case was investigated by the U.S. Secret Service in coordination with Assistant U.S. Attorney Xavier Cunningham, Section Chief of the Asset Recovery Unit of the U.S. Attorney's Office for the Southern District of Georgia, and prosecuted for the United States by Assistant U.S. Attorneys Steven H. Lee and John P. Harper III.