From: Ghaleb Alaumary #72802-019
FCI Fort DIX,
Federal Correctional Institution
P.O. BOX 2000
Joint Base MDL, NJ, 08640

To: Stan R. Baker
124 Barnard St,
Savannah, GA
31401