# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| John E. Triplett | OFFICE of the CLERK | (912)650-4020 |
| --- | --- | --- |
| Clerk of Court | P.O. Box 8286 | |
| | SAVANNAH, GEORGIA   31412 | |

## NOTICE of FILING DEFICIENCY

To:   Ghaleb Alaumary           Date: 8/16/2022
Case: CR420-27                   Party: Defendant

Your pleading, #82 MOTION for Reduction in Sentence,

was filed on 08/16/22, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)     or     [x] Corrective Actions Required

1. ☐ Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
2. ☐ Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
3. ☐ Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
4. ☒ Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
5. ☐ Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
6. ☐ Motion is not in compliance with Local Rules.
   a. ☐ No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   b. ☐ No good faith document was submitted. (L.R. 26.5)
   c. ☐ Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   d. ☐ Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
7. ☐ For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
8. ☐ Counsel should file a separate motion for each relief sought and not file a consolidated motion.
9. ☐ Other:
   Please sign and return to U.S.D.C.

After 14 days a notice of noncompliance will be submitted to a judicial officer
for possible sanctions, to include dismissal.

For more information - Please contact: 912-650-4020

Deputy Clerk