IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR420-027 |
| | ) | |
| GHALEB ALAUMARY | ) | |
| | ) | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

Defendant Ghaleb Alamary moves for compassionate release. (Docs. 82 & 84.) Presently, the Government's response is due Tuesday, August 30, 2022.

The United States respectfully requests a two-week extension, up to and including Tuesday, September 13, 2022, in order to respond to this motion. The Government submits that such extension will allow for the Government to fully complete a reasoned and helpful response to the motion. Counsel has not previously sought an extension of time.

A proposed order follows for the Court's convenience.

                    Respectfully submitted,

                    DAVID H. ESTES
                    UNITED STATES ATTORNEY

                    ***/s/ Justin G. Davids***
                    Justin G. Davids
                    Assistant United States Attorney
                    Missouri Bar No. 57661

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") that was generated as a result of electronic filing in this Court. Additionally, a paper copy has been mailed to:

Ghaleb Alaumary, Reg. No. 72802-019
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

This August 23, 2022.

    Respectfully submitted,

    DAVID H. ESTES
    UNITED STATES ATTORNEY

    */s/ Justin G. Davids*
    Justin G. Davids
    Assistant United States Attorney
    Missouri Bar No. 57661

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422