IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CR420-027 |
| ) | |
| **GHALEB ALAUMARY** ) | |
| ) | |

## ORDER

Currently before the Court is the Government's motion for extension of time in which to respond to Alaumary's motion for compassionate release. After consideration of all applicable facts and circumstances,

**IT IS HEREBY ORDERED** that the Government's motion for a two-week extension, up to and including September 13, 2022 is granted.

SO ORDERED this \_\_\_\_ day of August 2022.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA