UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GHALEB ALAUMARY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV422-216 |
| | ) | CR420-027 |
| UNITED STATES OF AMERICA, | ) ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Ghaleb Alaumary moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. CR420-027, doc. 87; *see United States v. Almand*, 992 F.2d 316, 317 (11th Cir. 1993) (individuals challenging the validity of any sentence, including those imposed for revocation of supervised release, must utilize § 2255). The Court **DIRECTS** the Government to respond within ninety days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED**, this 19th day of September, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA