IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GHALEB ALAUMARY,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL ACTION NO.: 4:20-cr-27 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's December 10, 2024, Report and Recommendation, (doc. 96),[1] to which Petitioner has not objected. Although the service copy of the Magistrate Judge's Report and Recommendation was returned by the United States Post Office as undeliverable, (doc. 98), it is clear from Alaumary's Motion for Sentence Reduction that he did receive it, (see doc. 97, p. 1). The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 96.) The Government's Motion to Dismiss, (doc. 92), is **GRANTED**, and Alaumary's Motion, (doc. 87), is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** the associated civil action, 4:22-cv-216.

There are no discernable issues worthy of a certificate of appeal. Therefore, the Court **DENIES** the issuance of a Certificate of Appealability. Alaumary is advised that he "may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a), Rules Governing Section 2255 Cases in the United States District Courts. Furthermore, as there are no non-frivolous issues to raise on appeal, an appeal

---

[1] The Court cites to the criminal docket in 4:20-cr-27 unless otherwise noted.

would not be taken in good faith. Thus, the Court likewise **DENIES** Alaumary *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 30th day of January, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA